IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISIDORO MATA, Jr.,**<br>Petitioner,<br>v.<br>**RON BARNES, Warden,**<br>Respondent. | 1:13-cv-01040 LJO MJS HC<br><br>**ORDER GRANTING APPLICATION TO FILE OVERSIZED TRAVERSE**<br><br>[Doc. 20] |

　　Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On October 23, 2013, Petitioner filed an application for leave to file an oversized traverse. The motion is hereby GRANTED. The Court shall proceed to adjudicate the merits of the petition in due course.

IT IS SO ORDERED.

　　Dated:　September 15, 2014　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1